NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-1314

MARCELLA MARIE THOMPSON TEZENO

VERSUS

LESTER BOUTTE, ET AL.

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 82860-G
HONORABLE CHARLES LEE PORTER, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Billy Howard Ezell,
Judges.

AFFIRMED.

Thomas David Brumbaugh
Attorney at Law
P. O. Box 3764
Lafayette, LA 70502-3764
(337) 233-4414
Counsel for Plaintiff/Appellant:
Marcella Marie Thompson Tezeno

**Lionel H. Sutton, III**
**Law Offices of L.H. Sutton, III**
**610 Baronne Street**
**New Orleans, LA 70113**
**(504) 586-8899**
**Counsel for Defendants/Appellees:**
**Lester Boutte**
**Anna Mae Frilot Boutte**